# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. WILLIAMS, ET AL., | Case No. EDCV 16-678-DMG (KK) |
| Plaintiff(s), | |
| v. | JUDGMENT |
| PACIFIC GAS AND ELECTRIC COMPANY, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 27, 2018

_____
HONORABLE DOLLY M. GEE
United States District Judge